IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY DEWAYNE WILLIAMS,

    Petitioner,

v.

LOUIS WILLIAMS II,

    Respondent.

ORDER

Case No. 17-cv-77-wmc

Petitioner Anthony Dewayne Williams seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 10, 2017. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately August 2, 2016 through the date of the petition, February 2, 2017.

ORDER

IT IS ORDERED that:

1. Petitioner Anthony Dewayne Williams may have until March 10, 2017, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

      2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 10, 2017, I will assume that petitioner wishes to withdraw this petition.

      Entered this 15th day of February, 2017.

            BY THE COURT:

            /s/
            PETER OPPENEER
            Magistrate Judge