IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY D. WILLIAMS,

    Petitioner,

  v.

                                         Case No. 17-cv-77-wmc

MATTHEW MARSKE, Warden
Federal Correctional Institution – Oxford

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the federal habeas corpus petition filed by Anthony Williams pursuant to 28 U.S.C. § 2241 with prejudice.

| /s/ | 11/12/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |